UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 13-~~300~~ 3062 |
| | ) |
| WALBER QUOINONES, | ) |
| Defendant | ) |

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C.§ 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because it involves (check all the apply):

    \_\_\_\_ Crime of violence (18 U.S.C.§ 3156)

    \_x\_ Maximum sentence life imprisonment or death

    \_x\_ 10 plus years drug offense

    \_\_\_\_ Felony, with two prior convictions in above categories

    \_x\_ Serious risk defendant will flee

    \_x\_ Serious risk of obstruction of justice

2. <u>Reason for Detention</u>. The court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    \_x\_ Defendant's appearance as required

    \_x\_ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>. The United States (will, will not) invoke the rebuttable presumption against defendant under U.S.C.§ 3142(e).  (If yes) The presumption applies because (check one or both):

    _x_ Probable cause to believe defendant committed 10 plus year drug offense or firearms offense, 18 U.S.C.§ 924(c)

    ____ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time for Detention Hearing</u>. The United States requests the court conduct the detention hearing,

    ____ At first appearance

    _x_ After continuance of _3_ days (not more than 3)

5. <u>Witnesses</u>. The United States intends to call the following witnesses:

The United States intends on relying on its complaint affidavit and other submissions.

                              CARMEN M. ORTIZ
                              UNITES STATES ATTORNEY

                       By: _____
                              Paul Hart Smyth
                              Assistant U.S. Attorney

DATED:    May 24, 2013