UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| v. | )   CRIMINAL NO. 13-cr-30023-MAP |
| | ) |
| | ) |
| **WALBER QUINONES,** | ) |
| **Defendant.** | ) |

**MOTION FOR PERMISSION TO ATTEND FUNERAL**

Defendant Walber Quinones, by and through his undersigned counsel, hereby moves for an order granting him permission to attend the funeral of his children's grandmother between 5:30 p.m. and 7:30 p.m. on Wednesday, July 13, 2014.  The funeral will be held at Henderson's Funeral Home, 52 Hancock Street, Springfield, MA.  Mr. Quinones requests permission to leave his home at 97 Spring Street, Apartment 20, Springfield, at 5:00 p.m. and to return no later than 9:00 p.m.  The undersigned will notify U.S. Probation.

The undersigned has just learned of this event and has been unable to consult with Assistant U.S. Attorney Paul Smyth.

Dated:  August 12, 2014                    Respectfully submitted,

> _/s/ Andrew Levchuk_
> Andrew Levchuk
> Counsel for Walber Quinones
> Bulkley Richardson & Gelinas
> 1500 Main Street
> 27th floor
> Springfield, MA  01115
> 413-272-6285
> alevchuk@bulkley.com

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system on August 12, 2014, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Andrew Levchuk*
Andrew Levchuk